(80 South. 29)

## TRAVELERS' INS. CO. v. LAZENBY.
### (3 Div. 356.)

(Supreme Court of Alabama.    May 16, 1918.
Rehearing Denied June 20, 1918.)

Certiorari to Court of Appeals.

Action by George S. Lazenby against the Travelers' Insurance Company. A judgment for plaintiff was affirmed by the Court of Appeals (16 Ala. App. 549, 80 South. 25), and defendant brings certiorari. Writ denied.

Rushton, Williams & Crenshaw, of Montgomery, for appellant. Powell & Hamilton, of Greenville, for appellee.

THOMAS, J. Petition of Travelers' Insurance Company for certiorari to the Court of Appeals to review and revise the judgment of that court in appeal of Travelers' Insurance Co. v. Lazenby, 16 Ala. App. 549, 80 South. 25. Writ denied.